IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Randy Charles Busha, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:11-1681 |
| vs. | ) | |
| | ) | |
| Michael J. Astrue, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on a Report and Recommendation of the Magistrate Judge recommending that the decision of the Commissioner denying Social Security disability benefits to Plaintiff be reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g). (Dkt. No. 18). The Defendant has responded that it does not intend to file objections to the Report and Recommendation. (Dkt. No. 19). In a matter referred to a Magistrate Judge for pre-trial handling, as this matter was, the Court is obligated to make a *de novo* review only of those portions of the Report and Recommendation in which specific objection has been made. 28 U.S.C. § 636(b). In the absence of specific objections, the Court need only make a review for clear error. *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

The Court, having reviewed the Report and Recommendation, finds no clear error and hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge. (Dkt. No. 18). The decision of the Commissioner is **REVERSED** and **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g).

-1-

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Court

July 9, 2012
Charleston, South Carolina